# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1815
Lower Tribunal No. 2025-MH-000548

_____

IN RE: Involuntary Placement of R.C.

R. C.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Robert L. Crown, Judge.

February 9, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and PRATT, JJ., concur.


Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Christopher M. Sutter, Senior Assistant Attorney General, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED